IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | | |
|---|---|---|
| WENDY JANETH CHAVEZ RAMOS, | ) | |
| | ) | |
| PETITIONER, | ) | |
| | ) | |
| v. | ) | |
| | ) | Case No.: |
| EDUARDO ISMAEL ACOSTA OBREGON | ) | 3:22-cv-00116-TCB |
| | ) | |
| and | ) | |
| | ) | |
| LUIS FRANCISCO ACOSTA OBREGON | ) | |
| | ) | |
| RESPONDENTS. | ) | |

## **PETITIONER'S MOTION TO UPDATE THE COURT**

COMES NOW, Petitioner, WENDY JANETH CHAVEZ RAMOS (hereinafter "Mother"), and files this, *Motion to Update the Court,* and respectfully shows this Court as follows:

1.

The above-styled matter came before this Court on July 6, 2022, for a Temporary/Scheduling Hearing.

*Chavez Ramos v. Acosta Obregon*
United States District Court
Northern District of Georgia, Newnan Division
Motion to Update the Court

Page **1** of **11**

2.

Following the Hearing, this Court issued their *Order and Preliminary Injunction*. The Order reads, in relevant part:

**"Petitioner Wendy Janeth Chavez Ramos ("Mother") is ordered to exercise visitation rights with L. E. A. C. within the Northern District of Georgia between July 15 and August 4, 2022."**

3.

Judge Batten also verbally ordered at the July 6, 2022, hearing that Mother's Counsel deliver copies of the Mexican Custody action Mother filed upon Respondent One, Eduardo Ismael Acosta Obregon (hereinafter "Father"), and that Father acknowledge service of the same thereafter.

4.

Immediately following said Order, Mother and her Counsel began working on securing Mother's travel to the State of Georgia to exercise her Court Ordered visitation.

5.

Upon initial communication with the Consulate General of Mexico in Atlanta, the same stated they could not directly aid in securing necessary travel documents for Mother, and that they would look into the status of the second Letters of Rogatory

*Chavez Ramos v. Acosta Obregon*
United States District Court
Northern District of Georgia, Newnan Division
Motion to Update the Court

Page **2** of **11**

packet sent from Mexico to their office containing copies of the Mexican Custody action for Father (the first Letters of Rogatory packet was sent back to Mexico as Father avoided service). Ultimately, the Consulate General's office stated they were unable to track the delivery of said package with the second Letters of Rogatory. See correspondence exchanged between Mother's Counsel and the office of the Consulate General of Mexico in Atlanta attached as **Exhibit "A".** After communication with both the Consulate General's office and Mother's attorney in Mexico, each explained that because Father does not have a residence in Mexico, the only way a Judge will accept Father's acknowledgment of the Custody action is upon him receiving the Letters Rogatory packet sent from the Mexican courts to the Consulate General's office which is currently being done.

6.

On July 12, 2022, Mother secured hotel accommodations for her and the Child in Newnan, Georgia beginning on Friday, July 15, 2022, through and including Friday, July 29, 2022 for their stay during Mother's visitation. See confirmation of hotel attached as **Exhibit "B".**

7.

On July 14, 2022, Mother travelled to the U.S./Mexican border with related paperwork including this Court's order for visitation in pursuit of permission to cross

*Chavez Ramos v. Acosta Obregon*
United States District Court
Northern District of Georgia, Newnan Division
Motion to Update the Court

the border to execute her visitation. Mother's intent was to cross the border to El Paso, Texas, travel to the nearest airport via taxi, buy the next flight out to Atlanta, Georgia, land in Atlanta, Georgia by Friday, July 15, 2022, and take a taxi to pick up the Minor Child and begin her visitation. See copy of letter Mother presented to U.S. Customs and Border Protection (hereafter "CBP") attached as **Exhibit "C"**.

8.

Mother's Application for Admission was denied at the border. See copy of Withdrawal of Application for Admission/Consular Notification attached as **Exhibit "D"**.

9.

Mother was instructed by CBP officials to contact Hector Mancha, Director of Field Operations for CBP, and Christopher Espinosa, Chief of CBP, for further assistance. To date, Mother and her Counsel's numerous calls and emails to CBP have remained unanswered. See copies of Mother's Counsel's correspondence to CBP attached as **Exhibit "E"**.

10.

Mother's counsel was also in constant communication with the U.S. Department of State's United States Central Authority's Office of Children's Issues (hereafter "Office of Children's Issues"). The Office of Children's Issues attempted

*Chavez Ramos v. Acosta Obregon*
United States District Court
Northern District of Georgia, Newnan Division
Motion to Update the Court

Page **4** of **11**

to reach CBP as well, but their communication attempts were also unanswered. Ultimately, the Office of Children's Issues advised that Mother would need to submit a Visa application and obtain an appointment that they could then request be expedited. See correspondence between Mother's Counsel and the Office of Children's Issues attached as **Exhibit "F"**.

11.

Mother has submitted her Visa application appointment request to the Embassy located in Hermosillo Sonora, one of the closest locations to Mother with one of the quickest turn-around times for appointments in late 2023. See Confirmation of Mother's submission of Visa application appointment attached as **Exhibit "G"**. Mother has also paid the required U.S. Visa Application Fee to secure her appointment. See directions for payment and receipt from same attached as **Exhibit "H"**. Importantly, Mother notes that some embassies are not setting appointments until mid-2024, with others not taking appointments altogether at this time. See copy of website showing first available appointments for each Embassy location attached as **Exhibit "I"**. Once Mother secures the date for her U.S. Visa appointment for any date (even in 2023), the Office of Children's Issues will work to expedite the same.

*Chavez Ramos v. Acosta Obregon*
United States District Court
Northern District of Georgia, Newnan Division
Motion to Update the Court

Page **5** of **11**

WHEREFORE, Mother, WENDY JANETH CHAVEZ RAMOS, respectfully requests the following relief:

a) Extend time to Mother and Mother's counsel from Judge Batten's verbal order regarding service of Mexican Custody action upon Father until such time that the Consulate General of Mexico in Atlanta have received the second Letters of Rogatory packet for Father;

b) Relieve Mother from Judge Batten's written order regarding Mother exercising visitation with the Child in this Court's jurisdiction from July 15, 2022 to August 4, 2022 and the same be extended until such time that Mother is able to obtain permission to travel to the United States; and

c) That this Court grant any such further relief as justice and Mother's cause may require.

RESPECTFULLY SUBMITTED this 26th day of July, 2022.

/s/: **Dina Khismatulina**
DINA KHISMATULINA
GA Bar No.: 827929
RENEE RICHARDSON
GA Bar No.: 786204
MICHAEL E. MANELY
GA Bar No.: 468580

The Manely Firm, P.C.
75 14th Street NE
Suite 2300
Atlanta, Georgia 30309

*Chavez Ramos v. Acosta Obregon*
United States District Court
Northern District of Georgia, Newnan Division
Motion to Update the Court

Telephone: (770) 421-0808
Facsimile: (770) 421-0288
tmf@allfamilylaw.com

***Chavez Ramos v. Acosta Obregon***
United States District Court
Northern District of Georgia, Newnan Division
Motion to Update the Court

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | | |
|---|---|---|
| WENDY JANETH CHAVEZ RAMOS, | ) | |
| | ) | |
| PETITIONER, | ) | |
| | ) | |
| v. | ) | |
| | ) | Case No.: |
| EDUARDO ISMAEL ACOSTA OBREGON | ) | 3:22-cv-00116-TCB |
| | ) | |
| and | ) | |
| | ) | |
| LUIS FRANCISCO ACOSTA OBREGON | ) | |
| | ) | |
| RESPONDENTS. | ) | |

## CERTIFICATE OF SERVICE

I certify that I have this day served a copy of the foregoing "***Petitioner's Motion to Update the Court***" via USPS Certified Mail with Return Receipt addressed as follows:

Eduardo Ismael Acosta Obregon, *pro se*
10 Lynhaven Dr.
Newnan, GA 30263

Luis Francisco Acosta, *pro se*
10 Lynhaven Dr.
Newnan, GA 30263

**(SIGNATURE ON FOLLOWING PAGE)**

*Chavez Ramos v. Acosta Obregon*
United States District Court
Northern District of Georgia, Newnan Division
Motion to Update the Court

Page **8** of **11**

RESPECTFULLY SUBMITTED this 26th day of July, 2022.

*/s/: Dina Khismatulina*
DINA KHISMATULINA
GA Bar No.: 827929
RENEE RICHARDSON
GA Bar No.: 786204
MICHAEL E. MANELY
GA Bar No.: 468580

The Manely Firm, P.C.
75 14th Street NE
Suite 2300
Atlanta, Georgia 30309
Telephone: (770) 421-0808
Facsimile: (770) 421-0288
tmf@allfamilylaw.com

*Chavez Ramos v. Acosta Obregon*
United States District Court
Northern District of Georgia, Newnan Division
Motion to Update the Court

Page **9** of **11**