UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | |
|---|---|
| WENDY JANETH CHAVEZ RAMOS, | |
| Plaintiff, | CIVIL ACTION FILE |
| vs. | NO. 3:22-cv-00116-TCB |
| EDUARDO ISMAEL ACOSTA OBREGON and LUIS FRANCISCO ACOSTA OBREGON, | |
| Defendants. | |

## J U D G M E N T

This action having come before the court, Timothy C. Batten, Chief United States District Judge, for consideration of Plaintiff's Motion for Attorney's Fees, and the court having granted in part said motion, it is

**Ordered and adjudged** that Plaintiff Wendy Janeth Chavez Ramos recover from Defendants $49,138.41 as reasonable attorney's fees and $1,939.24 in travel costs.

Dated at Newnan, Georgia this 20th day of October, 2022.

KEVIN P. WEIMER
CLERK OF COURT

By: s/Shane Gazaway
Deputy Clerk

Prepared, filed, and entered
in the Clerk's Office
   October 20, 2022
Kevin P. Weimer
Clerk of Court

By: s/Shane Gazaway
   Deputy Clerk